UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
|     Shelia Faye Cleveland | * | |
|     SSN: 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 | * | |
|     DEBTOR | * | Case No.: 10-05589 MAM |
| | * | |
| Shelia Faye Cleveland | * | |
|     PLAINTIFF | * | |
| v. | * | |
| Edfinancial Services | * | |
| Edsouth | * | Chapter 7 |
| Education Loan | * | |
| Great Lakes Financial Advisors Group, Inc. | * | |
| Kentucky Higher Education | * | |
| Regions Bank | * | |
| Sallie Mae Servicing Corporation | * | |
| Troy University | * | A.P. No.: |
| Wells Fargo Education Finance, Inc. | * | |
| William Carey University | * | |
|     DEFENDANTS. | * | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY**

COMES NOW the Debtor/Plaintiff and files this Complaint seeking a determination that the educational loans are dischargeable. As grounds therefore, Debtor represents as follows:

1. Debtor filed her Petition for Relief on December 6, 2010, and the Defendants are scheduled creditors.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B) and (I).

3. The loans made to the Debtor/Plaintiff were for educational purposes and such loans were made or guaranteed by a governmental unit.

4. The Federal Government has determined that the Debtor/Plaintiff is disabled and unable to work. As evidence at this time, Debtor/Plaintiff is currently receiving Social Security

Disability in the amount of $1,135.00 a month.

5. Debtor/Plaintiff alleges that excepting such debts from discharge will impose an undue hardship on the Debtor pursuant to 11 U.S.C. Section 523(8).

WHEREFORE PREMISES CONSIDERED, Debtor/Plaintiff prays for an order discharging her from any and all remaining liability on said educational loans and for such other, further, and different relief as the Debtor/Plaintiff may be entitled to, in law or in equity, under the circumstances.

Respectfully submitted this 13th day of January, 2011.

/s/ Angela M. Cooper
Angela M. Cooper(COOPA9363)
Cooper Law Firm, LLC
2151 Government St.
Mobile, AL 36606
Phone: (251) 300-2220
Fax:    (888) 478-4494

Defendants may be served as follows:
Edfinancial Services
P O Box 36014
Knoxville, TN 37930-6014

Edsouth
178 North Seven Oaks Drive
Knoxville, TN 37922

Education Loan Servicing Corporation
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Great Lakes Financial Advisors Group, Inc.
150 South Perry Street
Montgomery, AL 36104

Kentucky Higher Education
P O Box 24328
Louisville, KY 40224-0328

Regions Bank
c/o CSC Lawyers Incorporating Svc., Inc.
150 South Perry Street
Montgomery, AL 36104

Sallie Mae Servicing Corporation
11600 Sallie Mae Drive
Reston, VA 20193

Troy University
155 Adams Administration Building
Troy, AL 36082

Wells Fargo Education Finance, Inc.
Wells Fargo Law Department
301 South College Street
Charlotte, NC 28288

William Carey University
c/o Tommy King
498 Tuscan Avenue
Hattiesburg, MS 39401