# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
|     Shelia Faye Cleveland | * | |
|     SSN: 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 | * | |
|     DEBTOR | * | Case No.: 10-05589 MAM |
| | * | |
| Shelia Faye Cleveland | * | |
|     PLAINTIFF | * | |
| v. | * | Chapter 7 |
| Great Lakes Financial Advisors Group, Inc. | * | |
| Regions Bank | * | |
| Sallie Mae Servicing Corporation | * | |
| Troy University | * | A.P. No.: 11-7 |
| Wells Fargo Education Finance, Inc. | * | |
| William Carey University | * | |
| U.S. Education Loan Trust 4, LLC | * | |
| United States Department of Education | * | |
|     DEFENDANTS. | * | |

## **AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY**

COMES NOW the Debtor/Plaintiff and files this Complaint seeking a determination that the educational loans are dischargeable. As grounds therefore, Debtor represents as follows:

1. Debtor filed her Petition for Relief on December 6, 2010, and the Defendants are scheduled creditors.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B) and (I).

3. The loans made to the Debtor/Plaintiff were for educational purposes and such loans were made or guaranteed by a governmental unit.

4. The Federal Government has determined that the Debtor/Plaintiff is disabled and unable to work. As evidence at this time, Debtor/Plaintiff is currently receiving Social Security Disability in the amount of $1,135.00 a month.

5. Debtor/Plaintiff alleges that excepting such debts from discharge will impose an undue hardship on the Debtor pursuant to 11 U.S.C. Section 523(8).

WHEREFORE PREMISES CONSIDERED, Debtor/Plaintiff prays for an order discharging her

from any and all remaining liability on said educational loans and for such other, further, and different relief as the Debtor/Plaintiff may be entitled to, in law or in equity, under the circumstances.

Respectfully submitted this 11th day of February, 2011.

/s/ Angela M. Cooper
Angela M. Cooper(COOPA9363)
Cooper Law Firm, LLC
2151 Government St.
Mobile, AL 36606
Phone: (251) 300-2220
Fax:    (888) 478-4494

Defendants may be served as follows:
Great Lakes Financial Advisors Group, Inc.
150 South Perry Street
Montgomery, AL 36104

Regions Bank
c/o CSC Lawyers Incorporating Svc., Inc.
150 South Perry Street
Montgomery, AL 36104

Sallie Mae Servicing Corporation
P O Box 9500
Wilkes-Barre, PA 18773-9500

Troy University
155 Adams Administration Building
Troy, AL 36082

Wells Fargo Education Finance, Inc.
Wells Fargo Law Department
301 South College Street
Charlotte, NC 28288

William Carey University
c/o Tommy King
498 Tuscan Avenue
Hattiesburg, MS 39401

U.S. Education Loan Trust 4, LLC
c/o Corporation Service Company
2711 Centerville Rd, Ste 400
Wilmington, DE 19808

United States Department of Education
U.S. Attorney's Office
63 South Royal Street, Ste 600
Mobile, AL 36602